# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| PM-10 | 9029151 | LATCHFORD | 68-24 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐ CFR ☐ USC ☑ State Code |
|---|---|
| 07/09/2019 0659 | 75 PACS 1501 / 18 USC ASSIMILATION ACT |

Place of Offense: 710 A SUMMER RD. CARLISLE BARRACKS, PA 17013

Offense Description: Factual Basis for Charge — HAZMAT ☐
DRIVER REQUIRED TO BE LICENSED

### DEFENDANT INFORMATION
Phone: (443) 245-2878

| Last Name | First Name | M.I. |
|---|---|---|
| BATTLE | RODNEY | L |

Street Address: 1834 COBRA DR, FAYETTEVILLE

| City | State | Zip Code | Date of Birth |
|---|---|---|---|
| FAYETTEVILLE | NC | 28304 | 08/05/1985 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| 000039995732 | | NC | 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 |

☑ Adult ☐ Juvenile   Sex ☑ Male ☐ Female   Hair: BLK   Eyes: BROWN   Height: 5'9"   Weight: 160

### VEHICLE
VIN: 1FADP3F29HL305827   CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| FAB 4311 | NC | 17 | FORD FOCUS | | BLACK |

APPEARANCE IS REQUIRED — A ☐ If Box A is checked, you must appear in court. See instructions.

APPEARANCE IS OPTIONAL — B ☑ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 200   Forfeiture Amount
+ $30 Processing Fee
$ 230.00 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE

Court Address: U.S. District Court, (717)221-3920, 228 Walnut Street, Harrisburg, PA 17108

Date: 21 AUG 2019   Time: 0700

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

Defendant Signature

Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on July 9th, 2019 while exercising my duties as a law enforcement officer in the MIDDLE District of PENNSYLVANIA

~~On 9 July 2019, at approximately 0636hrs, DASG Ponce observed a black in color Ford sedan turn onto the installation illegally from Claremont Rd against the posted signs clearly stating "NO TURNS". I stopped the vehicle was and made contact with the driver, Battle, Rodney Lee. Battle provided me with a North Carolina Identification Card. An NCIC check of Mr. Battle's driving privileges revealed he did not have a valid driver's license. Battle was issued a written warning (A184848) for failing to obey traffic control device (No turns sign). Battle was then released on his written promise to appear in court on 21 August 2019 or pay the collateral amount.~~

The foregoing statement is based upon:
☑ my personal observation  ☑ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/09/2019
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 07/22/2019 14:14