**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **RODNEY BATTLE,** <br>             **Defendant.** | Case No. 25-MJ-00082 |

**MOTION TO DISMISS**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, moves to dismiss this case for the reasons stated below.

1. On May 13, 2025, the defendant appeared before Magistrate Judge Harvey in a Rule 5 removal proceeding. He was detained for transport to the Middle District of Pennsylvania.

2. The Pretrial Services Agency for the District of Columbia has informed the government that defendant appeared in Pennsylvania as ordered. Accordingly, the government moves the Court to dismiss this case.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: _/s/ Megan E. McFadden_
Megan E. McFadden
Assistant United States Attorney
M.A. Bar Number 687959
United States Attorney's Office
601 D Street NW
Washington, D.C. 20530
Telephone: 202-252-7052
Email: megan.mcfadden@usdoj.gov